# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| BAY ARE TOLL AUTHORITY,<br>            Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:14-cv-03094-NRB |
| CHARLES SCHWAB CORPORATION et al.,<br>            Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-07005-NRB |
| CITY OF RICHMOND et al.,<br>            Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-00627-NRB |
| CITY OF RIVERSIDE et al.,<br>            Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-00597-NRB |

| | |
|---|---|
| COUNTY OF MENDOCINO,<br>            Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-08644-NRB |
| COUNTY OF SACRAMENTO,<br>            Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-05569-NRB |
| COUNTY OF SAN DIEGO,<br>            Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-00667-NRB |
| COUNTY OF SAN MATEO et al.,<br>            Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-00625-NRB |
| COUNTY OF SONOMA et al.,<br>            Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>            Defendants. | 1:13-cv-05187-NRB |

| | |
|---|---|
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>        Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants. | 1:13-cv-00626-NRB |
| GEORGE MADRAGOS et al.,<br>        Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants. | 1:13-cv-02297-NRB |
| NATIONAL CREDIT UNION ADMINISTRATION,<br>        Plaintiff,<br>v.<br><br>CREDIT SUISSE GROUP AG et al.,<br>        Defendants. | 1:13-cv-07394-NRB |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>        Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants. | 1:13-cv-05186-NRB |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>        Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants. | 1:13-cv-05221-NRB |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION et al., <br>          Plaintiffs, <br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>          Defendants. | 1:14-cv-01757-NRB |
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION, <br>          Plaintiff, <br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>          Defendants. | 1:13-cv-03952-NRB |
| PRUDENTIAL INVESTMENT PORTFOLIO 2 et al., <br>          Plaintiffs, <br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>          Defendants. | 1:14-cv-04189-NRB |

## **RULE 7.1 DISCLOSURE**

Pursuant to Fed. Rule Civ. P. 7.1, for Civil Action Matters: 1:14-cv-03094-NRB, 1:13-cv-07005-NRB, 1:13-cv-00627-NRB, 1:13-cv-00597-NRB, 1:13-cv-08644-NRB, 1:13-cv-05569-NRB, 1:13-cv-00667-NRB, , 1:13-cv-00625-NRB, 1:13-cv-05187-NRB, 1:13-cv-00626-NRB, 1:13-cv-02297-NRB, 1:13-cv-07394-NRB, 1:13-cv-05186-NRB, 1:13-cv-05221-NRB. Defendants HSBC BANK USA, N.A. and HSBC HOLDINGS PLC, disclose that: (1) HSBC BANK USA, N.A.'s ultimate parent company is HSBC HOLDINGS PLC; and (2) HSBC HOLDINGS PLC has no parent company and its shares are publicly traded.

Pursuant to Fed. Rule Civ. P. 7.1, for Civil Action Matters: 1:14-cv-01757-NRB, 1:13-cv-03952-NRB, Defendants HSBC BANK USA, N.A. and HSBC HOLDINGS PLC, disclose that: (1) HSBC BANK USA, N.A.'s ultimate parent company is HSBC HOLDINGS PLC; and (2) HSBC HOLDINGS PLC has no parent company and its shares are publicly traded.

Pursuant to Fed. Rule Civ. P. 7.1, for Civil Action Matter 1:14-cv-04189-NRB, Defendants HSBC BANK PLC; HSBC FINANCE CORP., HSBC USA INC., HSBC SECURITIES (USA) INC., and HSBC HOLDINGS PLC disclose that: (1) HSBC BANK PLC's ultimate parent company is HSBC HOLDINGS PLC; (2) HSBC FINANCE CORP.'s ultimate parent company is HSBC HOLDINGS PLC; (3) HSBC USA INC.'s ultimate parent company is HSBC HOLDINGS PLC; (4) HSBC SECURITIES (USA) INC.'s ultimate parent company is HSBC PLC; and (5) HSBC HOLDINGS PLC has no parent company and its shares are publicly traded.

Dated: New York, New York
       Nov. 6, 2014

                         LOCKE LORD LLP

                         /s/ Gregory T. Casamento

                         Edwin R. DeYoung
                         Gregory T. Casamento
                         LOCKE LORD LLP
                         3 World Financial Center
                         New York, NY 10281
                         Telephone: (212) 812-8325
                         Fax: (212) 812-8385

edeyoung@lockelord.com
gcasamento@lockelord.com

Roger M. Cowie
LOCKE LORD LLP
2200 Ross Avenue
Dallas, TX  75201
Telephone: (214) 740-8000
Fax (214) 740-8800
rcowie@lockelord.com